| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |

Attorney for Defendant
MATTHEW WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00302 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
|   | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
|   | ) |   |
| MATTHEW WHITE, | ) | Date: October 30, 2009 |
|   | ) | Time: 8:30 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for October 2, 2009, **may be continued to October 30, 2009, at 8:30 a.m.**

This continuance is requested because counsel have viewed the images and counsel for defendant has received a proposed plea offer which she needs to discuss with defendant and she will need some additional time for case preparation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                    LAWRENCE G. BROWN
United States Attorney

DATED:  September 29, 2009       /s/  Brian W. Enos
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  September 29, 2009       /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
MATTHEW WHITE

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) .

IT IS SO ORDERED.

**Dated:   September 30, 2009**       /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE