| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|  | Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930 |
|  | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|  | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|  | Telephone: (559) 487-5561 |
| 5 | |
|  | Attorney for Defendant |
| 6 | MATTHEW WHITE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00302 LJO |
|  | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
|  | ) | CONFERENCE HEARING; ORDER |
| v. | ) | |
|  | ) | Date: February 5, 2010 |
| MATTHEW WHITE, | ) | Time: 8:30 A.M. |
|  | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
|  | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for January 22, 2010, **may be continued to February 5, 2010, at 8:30 a.m.**

This continuance is requested because Mr. White's mother contacted defense counsel on January 19, 2010, and stated that Mr. White was hospitalized on January 18, 2010, with viral meningitis. He will by unavailable to counsel and to the court on January 22, 2010, the date now set for hearing. Assistant United States Attorney Brian Enos has no objection to this request. The continuance will conserve time and resources for both counsel and the court.

///

///

///

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5                                               BENJAMIN B. WAGNER
                                                 United States Attorney
6

7  DATED: January 19, 2010            /s/  Brian W. Enos
                                      BRIAN W. ENOS
8                                     Assistant United States Attorney
                                      Attorney for Plaintiff
9

10                                              DANIEL J. BRODERICK
                                                Federal Defender
11

12 DATED: January 19, 2010            /s/ Melody M. Walcott
                                      MELODY M. WALCOTT
13                                    Assistant Federal Defender
                                      Attorney for Defendant
14                                    MATTHEW WHITE

15

16                                         **O R D E R**

17     **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.
18 § 3161(h)(7)(A)  and (B).
19

20 IT IS SO ORDERED.

21 **Dated:   January 19, 2010**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                          −2−

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5                                              BENJAMIN B. WAGNER
                                               United States Attorney
6

7  DATED: January 19, 2010           /s/  Brian W. Enos
                                     BRIAN W. ENOS
8                                    Assistant United States Attorney
                                     Attorney for Plaintiff
9

10                                             DANIEL J. BRODERICK
                                               Federal Defender
11

12 DATED: January 19, 2010           /s/ Melody M. Walcott
                                     MELODY M. WALCOTT
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   MATTHEW WHITE

15

16                                        **O R D E R**

17     **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.
18 § 3161(h)(7)(A)  and (B).
19

20 IT IS SO ORDERED.

21 **Dated:   January 19, 2010**           /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                          −2−