DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00302 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | Date:  February 12, 2010 |
| MATTHEW WHITE, | Time:  8:15A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for February 5, 2010, **may be continued to February 12, 2010, at 8:30 a.m.**

The parties seek a continuance of one week to February 12, 2010, in the above-captioned case for status conference or change of plea. As the Court will recall, Mr. White suffered viral meningitis and was hospitalized. He has been out of the hospital and from reports is doing well. Counsel was in trial and was unavailable to meet with Mr. White for any discussions regarding the case.

The computer expert is currently looking at the images involved in the case. While he will be able to give an oral report in time for the February 5, 2010 hearing, it will provide little time for Mr. White to consider options currently before him.

///

///

1  Trial is set for March 15, 2010 and counsel are not seeking a continuance of the trial date.  AUSA
2  Brian Enos has no objection to this request.  The continuance will conserve time and resources for both
3  counsel and the court.
4  The parties agree that time shall be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and (B) in that
5  the ends of justice will be served by a continuance.  Time is already excluded pursuant to the above
6  provisions to the date of trial.  Defendant requests any further exclusion for trial preparation and plea
7  negotiations.

8  BENJAMIN B. WAGNER
   United States Attorney
9

10 DATED:  February 2, 2010          /s/  Brian W. Enos
                                     BRIAN W. ENOS
11                                   Assistant United States Attorney
                                     Attorney for Plaintiff
12

13                                   DANIEL J. BRODERICK
                                     Federal Defender
14

15 DATED:  February 2, 2010          /s/ Melody M. Walcott
                                     MELODY M. WALCOTT
16                                   Assistant Federal Defender
                                     Attorney for Defendant
17                                   MATTHEW WHITE

18

19                                   **O R D E R**

20  **Good cause exists to continue, HOWEVER, due to the nature of the charges, the Court will**
21  **move the time to 8:15 a.m.**   Time is excluded in the interests of justice pursuant to 18 U.S.C.
22  § 3161(h)(7)(A)  and (B).

23

24  IT IS SO ORDERED.

25  **Dated:   February 2, 2010**           /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE
26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    −2−