MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
MATTHEW WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09 -0302 LJO |
| ) | |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY; ORDER THEREON** |
| ) | |
| v. ) | |
| ) | Judge: HONORABLE LAWRENCE J. O'NEILL |
| ) | |
| MATTHEW WHITE ) | |
| ) | |
| Defendant. | |

Defendant, MATTHEW WHITE, hereby substitutes out the Office of The Federal Public Defender and replaces in their stead the Law Offices of Mark J. Reichel, SBN 155034, 455 Capitol Mall, 3rd Floor Suite 350, Sacramento, CA 95814 (916) 498 9258. The Law Offices of Mark J. Reichel has been retained by the defendant MATTHEW WHITE.  Mr. Reichel was an Assistant Federal Defender in the Fresno office from 1993 to 1997, and with the Sacramento Office from 1997 to 2005, and is aware of and will abide by the Local Rules for the Eastern District and the rules for this Court.

Substitution of attorney

The following individual signatories hereby consent and agree to this substitution:

I, MATTHEW WHITE, request the court to substitute in Mr. Reichel as my attorney of record in this case.

DATED: February 10, 2009      /S/MATTHEW WHITE
                              MATTHEW WHITE
                              Defendant

I agree and accept this substitution.

DATED: February 10, 2010

                              /s/ MARK J. REICHEL
                              MARK J. REICHEL
                              Attorney for Defendant


                              DANIEL J. BRODERICK
                              FEDERAL PUBLIC DEFENDER

DATED: February 10, 2010.     /s/MARK J. REICHEL for
                              MELODY WALCOTT
                              Assistant Federal Defender


**O R D E R**

**IT IS SO ORDERED.** The Office of The Federal Public Defender is relieved as counsel for Mr. White and Mr. Reichel is hereby substituted in as counsel of record.

DATED: February _____, 2010.



                    THE HONORABLE LAWRENCE J. O'NEIL
                    United States District Court

Stip and Order                               2