1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   MATTHEW WHITE

**FILED**

MAY 1 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00302 LJO |
| Plaintiff, | ***AMENDED* MOTION TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| MATTHEW WHITE, | Date: May 13, 2010<br>Time: 8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant hereby requests that his **Formal Objections to Pre-Sentence Report - *Victim Impact Letters*** be **sealed** until further order of the Court. Defendant requests that the Formal Objections be sealed since they are descriptive of and lodge objections to the Victim Impact letters which are attached to the confidential Pre-Sentence Report. As the objections describe and/or identify in some fashion the victim impact letters, defendant requests that the Formal Objections be sealed by this Court.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: May 11, 2010

_/s/ Melody M. Walcott_
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
MATTHEW WHITE

*Amended* Motion to File Document Under Seal

# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-cr-0302 LJO |
| *Plaintiff,* | ) |
| v. | ) |
| MATTHEW WHITE, | ) |
| *Defendant.* | ) |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On May 11, 2010, she personally served a copy of the attached:

### *AMENDED* MOTION TO FILE DOCUMENT UNDER SEAL

upon the Plaintiff and interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 4401
2500 Tulare Street
Fresno, CA 93721

MELINDA PEYRET
United States Probation Office
Federal building, Room 3401
2500 Tulare Street
Fresno, CA  93721

DATED: May 11, 2010

/s/ Priscilla Reyes
Priscilla Reyes

*Amended* Motion to File Document Under Seal