1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5  Attorney for Defendant
6  MATTHEW WHITE

**FILED** MAY 1 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**LODGED** MAY 1 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0302 LJO |
| Plaintiff, | ***AMENDED* SEALING ORDER** |
| v. | |
| MATTHEW WHITE, | Date: May 13, 2010<br>Time: 8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

The Court hereby orders that Defendant's Formal Objections to Pre-Sentence Report - *Victim Impact Letters* in the above captioned matter, **shall be sealed until further order of the Court.**

**IT IS SO ORDERED.**

DATED: May 12, 2010

_____
LAWRENCE J. O'NEILL
United States District Court Judge

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-cr-0302 LJO |
| Plaintiff, | ) |
| v. | ) |
| MATTHEW WHITE, | ) |
| Defendant. | ) |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On May 11, 2010, she personally served a copy of the attached:

***AMENDED* SEALING ORDER**

upon the Plaintiff and interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 4401
2500 Tulare Street
Fresno, CA 93721

MELINDA PEYRET
United States Probation Office
Federal building, Room 3401
2500 Tulare Street
Fresno, CA  93721

DATED: May 11, 2010

_____
Priscilla Reyes