IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

UNITED STATES OF AMERICA )
)
vs ) Case# 1:09CR00302-001
)
MATTHEW WHITE ) Request for Approval of
) Release Address

FILED JUL 11 2012 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

RECEIVED JUL 11 2012 CLERK, U.S. DIST. COURT EASTERN DISTRICT OF CALIFORNIA

Dear Judge O'Neill,

   Around June of 2010, you sentenced me in the above listed case to a term of 33 months in prison and 5 years of Supervised Release. You recognized that the facts in my case justified a downward departure from the Sentencing Guidelines; and you mentioned that because of my family support and the specifics of my case, you believed that I would be able to serve this short sentence and move forward with a successful life. I want to thank you again for the mercy and grace which you showed me.

   I will have served that prison sentence with no disciplinary reports and be released on July 27th, 2012. Because of the nature of my charge, I was not eligible for Residential Re-entry Center placement. So, I will be released from prison directly to the street. The residence where I lived for about 10 years prior to my incarceration is the residence where you allowed me to stay during my pre-trial release period. I thought that I would be able to return there upon my release from prison. This house is located at 534 Avenue A, Ripon, CA  95366, and is where my mother currently resides.

   As my release date drew near, my case manager began to prepare my exit paperwork. I was made aware that my mother's home was not approved as a good release address because a school is located a few hundred feet too close. The school is located in a dead-end area which would be a left turn out of my mother's driveway. I have no reason to turn left, so I never pass the school when leaving that residence. I have a tentative job offer at my pre-incarceration job at Spring Creek Golf Course. That commute, as well as all other reasons for leaving the house would have me turning right out of the driveway and travelling away from the school in question. In fact, this release address would not require me to even drive past any school on my way to work each day.

   But, since I wanted to be sure to start off on the right foot with my Probation Officer, I tried to find a residence which would be easy

for her to approve. Although I have a sure job in Ripon at the golf course, I agreed to move to a family friend's cabin in the Lake Tahoe area and find a job there. That address was not approved because it is a tourist area. So, my mother has been searching for somewhere else for me to live, but has come to suggesting things like a 20 foot trailer which is 70 miles away from the golf course job and a 32 foot Bayliner boat in the Delta area. Although I appreciate her efforts, these will not be feasible since I have to maintain a job, and my vehicle is a 1989 Honda with about 200,000 miles on it.

This leaves me with only two options at this point: one is a pay by the week motel (The Blue Light Inn in Ripon), or a homeless shelter. Neither of these are a good environment for me as I work to get my life back together, but my and my family's financial situation does not allow me any other option.

My mother is currently laid off from work. If I am allowed to move back to that residence, I can help her to make the house payment with my income. That will be the most ideal and wholesome environment for me, and I will have even closer supervision than if I am forced to move to some seedy environment alone. I respect my mother alot, and she wants to help me to get back on my feet. But, because of her lay-off, she actually needs me to help her financially. The only way that I can do that is to spend the money that I earn for rent by paying toward her mortgage while living there.

So, I respectfully ask you to consider these facts and allow me to live at 534 Avenue A in Ripon upon my release from Lompoc prison in a few weeks. I trust that you will approve this if it is possible. Thank you for your time and consideration.

Sincerely,

*Matthew White* 07/09/12
Matthew White
ID# 64678-097
FCI Lompoc- Low Security
3600 Guard Road
Lompoc, CA   93436-2705

cc: Probation and Parole Officer

07/09/12

TO: DISTRICT COURT CLERK
FROM: MATTHEW WHITE
RE: REQUEST FOR APPROVAL OF RELEASE ADDRESS

DEAR CLERK,

    PLEASE FIND ENCLOSED MY ABOVE REQUEST TO JUDGE O'NEILL. MY MOTHER IS SENDING AN AFFIDAVIT IN SUPPORT OF MY REQUEST. YOU SHOULD RECEIVE IT WITHIN A FEW DAYS.

    MY RELEASE DATE IS JULY 27, 2012, SO PLEASE PRESENT MY REQUEST TO JUDGE O'NEILL AS SOON AS YOU CAN AFTER RECEIVING MY MOTHER'S AFFIDAVIT.

    MY CASE MANAGER HERE AT LOMPOC FCI AND MY PROBATION OFFICER NEED A FEW DAYS TO CO-ORDINATE MY APPROVED RELEASE ADDRESS PAPERWORK.

    I AM SENDING A COPY OF THIS REQUEST BY MAIL TO MY PROBATION OFFICER.

    THANK YOU VERY MUCH FOR YOUR HELP IN THIS MATTER,

*Matthew White*
MATTHEW WHITE

\*CASE MANAGER INFO:
MS DUBOSE, CORRECTIONAL COUNSELOR
LOMPOC FCI
3600 GUARD ROAD
LOMPOC, CA 93436-2705