**AFFIDAVIT**

CASE #1:09CR00302-001

**FILED**

I, Susan M. Keller, do hereby depose and say that:

JUL 16 2012

I am the mother of Matthew White.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I own and still reside in the residence where Matthew lived prior to his incarceration, 534 Avenue A, Ripon, CA 95366. I was recently informed that my home was not approved as an acceptable residence for Matthew to reside upon his release on July 27, 2012, since it is located just a few hundred feet too close to a school. I understand that if my home were just one block further from the school my residence would have been approved.

I have lived in my home for 9 years and have never observed any automobile or foot traffic going to or from the school, nor did we ever have any reason to drive or walk in that direction.

It has been extremely challenging to try to locate another residence for Matthew to reside upon his release and all have been considered only as a temporary solution until Matthew is able to secure employment in order to pay rent and find a more suitable residence. I was willing to sell and find another "acceptable" residence for us and met with two realtors only to find that I am upside-down as many homeowners are; a result of the recession and downturn in the housing economy. I paid $400.00 for an appraisal to find that my home is currently valued at $150,000. I bought my house in 2003 for $210,000 and still owe $185,000; therefore I would have to resort to a short sale since I don't have $35,000 available to pay for the lack of value, and which in turn would affect my credit and ability to buy another property.

I respectfully request that Matthew be able to return home to again reside with me and offer the following explanations for your consideration:

I am willing to abide by all of the rules, regulations and requirements of Matthew's probation and want to help Matthew move forward with a successful life. Because of the nature of his crime, he is faced with a life sentence as a registered sex offender and I believe that once released, Matthew will need and find comfort in moving back home, having my support and the support of his family and friends. We are a close-knit family and are looking forward to July 27, 2012 when Matthew will hopefully be able to move forward with his life in a productive and positive manner as before. Prior to Matthew's incarceration, he was helping me financially by paying the utilities and helping me with the mortgage payment since I have a temporary position with my employer, Kennedy Wilson Auction Group. There are no guarantees of if or when I will be called out from time to time to work on more projects. Furthermore, Matthew helped with chores around the house and maintaining my large yard and landscaping.

**RECEIVED**

JUL 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



SUSAN KELLER
534 "A" AVENUE
RIPON, CA 95366
(RE: CASE # 1:09 CR00302-001)

RECEIVED
JUL 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

ROBERT E. COYLE U.S. COURTHOUSE
ATTN: CLERK OF COURT
FOR: JUDGE O'NEILL
2500 TULARE STREET
ROOM 1501
FRESNO, CA 93721